## CONTINUATION PAGES FOR CRIMINAL COMPLAINT

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Capital Area Resident Agency office located in York, Pennsylvania. I have been employed as a Special Agent with the FBI since 2021.

2. I am currently assigned to investigate crimes against children including, but not limited to, child exploitation and child pornography offenses in violation of Title 18, United States Code, Sections 2251, 2252/2252A, and 2422(b). Additionally, I have been involved with investigations of violations of other federal statutes including Hobbs Act extortion, fraud, violent crime, online sexual exploitation, and kidnapping. As a Special Agent, one of my primary duties is the enforcement of federal laws and the security of government witnesses and entities identified during the course of these investigations. I have been trained in conducting child exploitation investigations using digital and electronic techniques. I have had the opportunity to review numerous examples of digital evidence, conduct interviews with subjects, witnesses and victims, participated in the

execution of many search warrants involving child exploitation offenses and have reviewed thousands of images of illegal child sexual abuse material related to these investigations.

3. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

4. The statements in these continuation pages are based on my personal investigation and information provided by other law enforcement officers. This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to believe GABRIEL MCKENNA, date of birth 09/28/1994, has committed violations of Title 18, United States Code, Sections 2251(a) (Production of Child Pornography) and Sections 2252A(a)(5)(B) (Possession of Child Pornography) ("Subject Offenses").

## LEGAL AUTHORITY

5. This application for a criminal complaint and arrest warrant concerns violations of the following federal criminal statutes:

A. 18 U.S.C. § 2251(a) (Production of Child Pornography) prohibits a person from knowingly using, enticing or coercing a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and includes any attempt to do so;

B. 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) prohibit any person from knowingly possessing or accessing with the intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## TECHNICAL TERMS AND DEFINITIONS

6. Based on my training and experience, I use the following technical terms and definitions to convey the following meanings:

A. "Child Pornography," as used herein, includes the definition in Title 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct (see Title 18 U.S.C. §§ 2252 and 2256(2)).

B. The term "minor", as used herein, is defined pursuant to Title 18, United States Code, Section 2256(1) as "any person under the age of eighteen years."

C. “Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. (See Title 18 U.S.C. § 2256(2)).

D. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. (See Title 18 U.S.C. § 2256(5)).

E. “Computer” is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.” Your affiant uses this term to describe computers such as those commonly known as

laptops and desktop personal computers and also applies to smart phones and tablets.

F. The "Internet Protocol" address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). An IPv6 address is represented as eight groups of four hexadecimal digits, each group representing 16 bits. The groups are separated by colons and can be a combination of alpha-numeric characters (e.g., 2001:0db8:85a3:0000:0000:8a2e:0370:7334). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

G. The “Internet” is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

H. “Exif Data” is Exchangeable Image File Format; a standard that specifies formats for images, sound and ancillary tags used by digital cameras. EXIF is a standardized set of meta data automatically embedded inside digital photos, videos and audio files by cameras and smart phones. Exif data contains camera settings, device information, capture details, location data and authoring details.

**COMPUTER/ELECTRONIC DEVICES AND THE INTERNET**

7. I have had both training and experience in the investigation of computer-related crimes. Based on my training, experience and knowledge, I know the following:

A. The development of computers has added to the methods used by child pornography collectors to interact with and sexually exploit children. Computers serve four functions in connection with child pornography. These are production, communication, distribution, and storage.

B. Cell phones and more advanced devices known as "smart phones" function the same as computers and can run computer software and applications, create and edit files, go on the Internet, chat, text, email, and interact with others on the Internet, and store, send, and receive files, among other functions. Cell phones and smart phones have been used by child pornographers to send, receive, store, and produce images depicting child pornography, as well as engage in voice, email, text, and real time chat conversations with minors and others. Cell phones and smart phones can contain SD cards and/or SIM cards that can store data such as pictures, videos, text messages, contact lists, call logs and other data.

C. The advent of "smart" cellular phones equipped with cameras and internet capabilities has enabled child pornographers to broadcast live transmissions of sexual abuse of minors by connecting to the Internet. A smartphone can access a variety of instant messaging applications, which permit real-time, direct, text-based communication between two or more people.

## PROBABLE CAUSE

8. FBI Capital Area Resident Agency received information from York County Regional Police Department (YCRPD) regarding a subject identified as Gabriel McKenna, date of birth 09/28/1994.

9. According to a report received from YCRPD, Cybertipline Report number 233104928 was received from NCMEC on approximately 04/21/2026. The Cybertipline report reported a suspect Google user "Gabriel McKenna" associated with email address Gabriel.CMckenna@gmail.com and carnivorousflamingo@gmail.com. According to the report, on 06/20/2023, 02/20/2026, 03/04/2026 03/17/2026 and 03/18/2026 the suspect account uploaded 6 media

files of suspected child sexual abuse material. Officer Jesse Main was able to review these files associated with the Cybertipline report.

10. The report also provided a verified phone number of (717) 881-7504 and a date of birth of 09/28/1994. Law enforcement officers were able to identify Gabriel McKenna, date of birth 09/28/1994, residing at 1142 Wyndham Drive, York, PA. Jordan Kell was identified as another potential occupant of this residence.

11. During the course of the investigation, officers reviewed open-source social media searches, which revealed Facebook accounts for Gabriel McKenna and Jordan Kell, A/K/A "Jordan Christina". Photos on social media indicated Gabriel and Jordan appear to be in a romantic relationship. A juvenile female was visible in photos and appeared to be their daughter.

12. Officer Main determined the juvenile seen on Gabriel McKenna's and Jordan Kell's Facebook account, was the same female as depicted in the file associated with the Cybertipline report; Google-CT-RPT-233104928-ac990f7d447226b395168c15486991b0 PXL_20230620_002558770.jpg MD5:473fb3a22ef4ca2f4d0b3c2313794db2. This file was described as

an image file depicting a prepubescent female juvenile nude, exposing her breast and vagina.

**13.** The juvenile, Minor Victim 1 (MV1), was identified with a date of birth of 07/19/2013.

**14.** On approximately August 10, 2026, Officers with York County Regional Police Department obtained a lawful search warrant issued in the Commonwealth of Pennsylvania for the residence located at 1142 Wyndham Drive, York, PA. Multiple electronic devices were seized.

**15.** Officers made contact with Gabriel McKenna and he was provided his Miranda Warnings. McKenna advised that in March 2026, he was searching for adult pornography and downloaded a zip file off the internet on his phone. However, Google shut down his accounts because the zip file contained child pornography. When asked about the image of the juvenile nude, McKenna stated it was a common occurrence for MV1 to “run around” or be nude in the house when she was growing up, and he would take pictures for family memories. He reported he stopped taking photos 3-5 years prior.

16. On approximately August 27, 2026, officers obtained a lawful search warrant in the Commonwealth of Pennsylvania for digital forensics analysis of devices seized from 1142 Wyndham Drive, York, PA.

17. Detective Sergeant Trent Buschman conducted a forensic analysis of the electronic devices. The custom build desktop computer contained multiple hard drives. On the 4TB WD Black M.2 with Serial Number 23423T802983, the user account listed "Carni" with full name of Gabriel McKenna. According to the report, there were 366 cached images of child pornography on this device, including prepubescent minors approximately 4-5 years old, being orally and vaginally sexually assaulted. There were searches found on this device including, "mspy remotely see through camera", "tiny secret camera", "spy camera in tile", "pinhole camera", "waterproof hidden camera", "tiny secret camera white", "ceiling vent camera", and "white door hook camera".

18. Another drive, identified as a Samsung 4TB SSD which was obtained from the back side of the computer. Multiple images of child sexual abuse material were revealed, some of which depicted MV1.

**19.** SA Alyssa Alliger reviewed the forensic examination conducted by Task Force Officer Detective Sergeant Trent Buschman. The following was revealed:

20. Files PXL_20240201_030442888.jpg and PXL_20240201_030447073.jpg are still images that are taken up close and depict what appears to be MV1's nude vagina in a bed. It appears the child's pajama bottoms have been pulled down to expose the child's vagina to the camera. There are pink unicorn bed sheets that are visible in this image. Exif data shows the images were taken with a Google Pixel 6 Pro back camera on 1/31/2024 10:04:42 PM with the following GPS coordinates: (39.94766388888888, -76.70428611111112). This resolved back to McKenna's former residence at 1501 Old Farm Lane, York, PA.

21. Another file PXL_20240224_042110121.jpg is another close-up still image that appears to depict MV1's nude vagina. The camera was focused on the child's vagina. The child again appears to be sleeping on a bed where her underwear and/or pajamas have been pulled down or removed to expose the child's vagina to the camera. The exif data shows this image was captured on 2/23/2024 at

11:21:10 PM with a Google Pixel 6 Pro rear-facing camera with the following GPS coordinates: (39.94767222222222, -76.70432777777778), which again resolve to McKenna's former residence.

22. Another file PXL_20240416_024403410.jpg, is a still image depicting what appears to be MV1's nude vagina. This image appears taken close up, focused on the child's vagina. Exif data reflected the image was taken with a Google Pixel 6 Pro, rear-facing camera at his previous residence located at 1501 Old Farm Lane, York, PA. This image was captured 4/15/2024 10:44:03.000 PM.

23. Another file PXL_20240616_023401790.mp4, is a video file approximately 53 seconds in length. The video depicts MV1 fully nude in the shower. MV1 was seen with her hands attempting to cover her vagina. McKenna's voice is heard speaking to MV1 and his face is briefly visible in the video. The video was recorded on approximately June 15th, 2024 at 10:34:57 PM using the Google Pixel 6 Pro rear-facing camera. There were additional photos that depicted MV1 in the shower, as well as still images of MV1 in the bathroom. In one still image, MV1 is wrapped in a towel, an adult's

hand is visible lifting the child's towel up to expose her buttocks to the camera.

24. There were several additional files created on approximately August 6, 2024, including PXL_20240806_235158743.jpg, at approximately 7:51:58 PM. This still image depicts what appears to be MV1's exposed vagina displayed on a computer screen. Exif data was present on this image indicating it was captured with the Google Pixel 6 Pro rear-facing camera. Another file captured on that date was PXL_20240806_235227552.jpg, at approximately 7:52:27 PM. This image is extremely close up and shows the internal portions of the child's vagina.

25. File PXL_20240806_235244090.jpg, was also captured on August 6, 2024, at approximately 7:52:44 PM. This shows the same child's vagina again exposed to the camera, this time with a male's hand manipulating the child's vagina so the camera can capture the inner portions of the child's vagina.

## CONCLUSION

14. I submit that this affidavit supports probable cause that Gabriel McKenna committed violations of Title 18, United States Code,

Sections 2251(a) (Production of Child Pornography) and 2252A(a)(5)(B) (Possession of Child Pornography).